1 | Daniel M. Hattis (SBN 232141)
2 | Paul Karl Lukacs (SBN 197007)
  | HATTIS & LUKACS
3 | 11711 SE 8th Street, Suite 120
  | Bellevue, WA 98005
4 | Telephone: (425) 233-8650
  | Facsimile: (425) 412-7171
5 | Email: dan@hattislaw.com
  | Email: pkl@hattislaw.com

6 | *Attorneys for Plaintiffs and the Proposed Class*

7 | Eric P. Stephens (admitted *pro hac vice*)
  | JONES DAY
8 | 250 Vesey Street, 34th Floor
9 | New York, NY 10281
  | Telephone: (212) 326-3939
10| Facsimile: (212) 755-7306
  | Email: epstephens@jonesday.com

11|
12| [Other counsel listed below signature line]

13| *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DENISE WOODS and SHERRY TAPIA, For Themselves, As Private Attorneys General, and On Behalf Of All Others Similarly Situated, | Case No. 3:24-cv-3799-WHO |
|---|---|
| Plaintiffs, | **STIPULATION AND** [PROPOSED] **ORDER RESCHEDULING HEARING OF MOTION TO COMPEL ARBITRATION** |
| v. | [Hon. William H. Orrick] |
| SIRIUS XM RADIO INC., | [CIVIL L.R. 7-12] |
| Defendant. | |

# STIPULATION

WHEREAS, the Motion To Compel Arbitration ("Motion") (Dkt. 38) filed by Defendant Sirius XM Radio Inc. ("Sirius XM") is scheduled to be heard by this Court on Wednesday, June 11, 2025, per Orders entered on January 15, 2025 (Dkt. 29) and March 5, 2025 (Dkt. 36);

WHEREAS, Stephen P. DeNittis, Esq.—the attorney who will be arguing the Motion on behalf of Plaintiffs Denise Woods and Sherry Tapia (collectively, "Plaintiffs")—has a scheduling conflict in the form of a partially pre-paid family trip to Japan scheduled to occur from June 6 to June 16, 2025;

WHEREAS, counsel for Plaintiffs and Sirius XM are both available to argue for and against the Motion on Wednesday, June 25, 2025;

WHEREAS, Plaintiffs and Sirius XM do not seek to alter any other deadline regarding the Motion, and this is the first time that a Plaintiff or Sirius XM has sought to change the hearing date of the Motion;

NOW, THEREFORE, with good cause appearing, Plaintiffs and Sirius XM hereby STIPULATE and AGREE—and respectfully REQUEST that the Court enter an Order stating—as follows:

1. VACATING the Motion's current hearing date of June 11, 2025; and
2. CONTINUING and RESCHEDULING the hearing of the Motion to occur (via Zoom) on June 25, 2025, at 2:00 p.m. Pacific Time.

Dated: April 23, 2025

| | |
|---|---|
| HATTIS & LUKACS | JONES DAY |
| By: */s/ Paul Karl Lukacs* <br> Daniel M. Hattis (SBN 232141) <br> Paul Karl Lukacs (SBN 197007) <br> HATTIS & LUKACS <br> 11711 SE 8th Street, Suite 120 <br> Bellevue, WA 98005 | By: */s/ Eric P. Stephens* <br> Eric P. Stephens (admitted *pro hac vice*) <br> JONES DAY <br> 250 Vesey Street, 34th Floor <br> New York, NY 10281 <br> Telephone: (212) 326-3658 |

| | |
|---|---|
| Telephone: (425) 233-8650 | Facsimile: (212) 755-7306 |
| Email: dan@hattislaw.com | Email: epstephens@jonesday.com |
| Email: pkl@hattislaw.com | |
| Stephen P. DeNittis (admitted *pro hac vice*) | Jeffrey R. Johnson (admitted *pro hac vice*) |
| DENITTIS OSEFCHEN PRINCE, P.C. | JONES DAY |
| 5 Greentree Centre, Suite 410 | 51 Louisiana Avenue, N.W. |
| 525 Route 73 N. | Washington, DC 20001 |
| Marlton, New Jersey 08057 | Telephone: (202) 879-3939 |
| Telephone: (856) 797-9951 | Facsimile: (202) 626-1700 |
| Email: sdenittis@denittislaw.com | Email: jeffreyjohnson@jonesday.com |
| *Attorneys for Plaintiffs* | *Attorneys For Defendant* |
| *and the Proposed Class* | *Sirius XM Radio Inc.* |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:   April 23, 2025

HON. WILLIAM H. ORRICK
U.S. District Court Judge

**ECF ATTESTATION**

I, Paul Karl Lukacs, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-1(h)(3).

Dated: April 23, 2025   */s/ Paul Karl Lukacs*
Paul Karl Lukacs