UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENISE WOODS, et al.,

Plaintiffs,

v.

SIRIUS XM RADIO INC, et al.,

Defendants.

Case No. 24-cv-03799-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 60

Pursuant to the notice of voluntary dismissal, Dkt. No. 60, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice to the extent that plaintiffs Denise Woods and Sherry Tapia act in their individual or personal capacities and **without** prejudice to the extent plaintiffs act in their capacities as proposed representatives of a putative class. The Clerk shall close the case.

Dated: April 9, 2026

WILLIAM H. ORRICK
United States District Judge